**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| **JOSEPH HUDSON** ) | |
| **CINDY HUDSON** ) | |
| ) | Case No.  19-32559 |
| **Debtors**  ) | |

### ORDER

This matter comes before the Court on the Motion of the Debtor, by counsel, to amend the Order of Confirmation, the Court having considered the Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtors' Motion is **GRANTED** and that the Order of Confirmation is AMENDED to reflect that the Debtors' Plan payment shall be $1,529.00 monthly , effective with the January, 2020, payment.

_/s/ Thomas H. Fulton_
Thomas H. Fulton
United States Bankruptcy Judge

Dated:  January 10, 2020

Tendered by:

Richard A. Schwartz
Attorney for the Debtors
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205