# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Joseph B. Hudson and<br>Cindy S. Hudson<br><br>Debtor(s) | Case No.:19−32559−jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Compel sn servicing to release funds. Filed by Joint Debtor Cindy S. Hudson, Debtor Joseph B. Hudson.48. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 2/24/2021 at 10:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). cc: Service list (Goss, K)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 1/11/21

| | |
|---|---|
| By: kg<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

| | |
|---|---|
| In re: | Case No. 19-32559-jal |
| Joseph B. Hudson | Chapter 13 |
| Cindy S. Hudson | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0644-3 | User: kgoss | Page 1 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: 220 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph B. Hudson, Cindy S. Hudson, 92 Clay Way, Leitchfield, KY 42754-9040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@aboundcu.com | Jan 11 2021 19:05:00 | Fort Knox Federal Credit Union, PO Box 900, Radcliff, KY 40159-0900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2021 19:07:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: wejohnston@wilsonmuirbank.com | Jan 11 2021 19:05:00 | Wilson & Muir Bank & Trust Company, 107 N. Third Street, P.O. Box 346, Bardstown, KY 40004-0346 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust NA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0644-3 | User: kgoss | Page 2 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: 220 | Total Noticed: 4 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy E. Gardner | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| David B. Vickery | on behalf of Creditor Wilson & Muir Bank & Trust Company davidvickery101@windstream.net deannamudd101@windstream.net |
| James M. McDonough | on behalf of Creditor Fort Knox Federal Credit Union jmcdonough@weltman.com sroberts@weltman.com |
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| Matthew Joseph Murtland | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmurtland@logs.com LOGSECF@logs.com |
| Richard A. Schwartz | on behalf of Debtor Joseph B. Hudson rick@kslaws.com krugerschwartz@jubileebk.net;ecfmailschwartz@gmail.com;april@kslaws.com;rosen3339@gmail.com;ecfnoticesonly@gmail.com;r48936@notify.bestcase.com;debbie@kslaws.com |
| William W. Lawrence -13 | ECF@louchapter13.com ecf.bk.westky@gmail.com |

TOTAL: 7